**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| KARPATIA TRUCKS USA LLC, | SUBCHAPTER V |
| Debtor. | CASE NO. 23-21234-jrs |

**DEBTOR'S MONTHLY OPERATING REPORT**
**FOR THE PERIOD FROM JANUARY 1, 2024 TO JANUARY 31, 2024**

COMES NOW the above-named Debtor and files this Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

This 27th day of February, 2024.

                                              **JONES & WALDEN LLC**

                                              */s/ Cameron M. McCord*
                                              Cameron M. McCord
                                              Georgia Bar No. 143065
                                              Attorney for Debtor
                                              699 Piedmont Ave, NE
                                              Atlanta, Georgia 30308
                                              (404) 564-9300
                                              cmccord@joneswalden.com

Debtor's Address:
Karpatia Trucks USA LLC
410 Peachtree Pkwy, Suite 4245
Cumming, GA 30041

**Fill in this information to identify the case:**

Debtor Name: KARPATIA TRUCKS USA LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 23-21234-JRS

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: January 2024

Date report filed: _____ MM / DD / YYYY

Line of business: Food truck manufacturer

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Tim de Visser

Original signature of responsible party: *[signed]*

Printed name of responsible party: Tim de Visser

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name __KARPATIA TRUCKS USA LLC__          Case number __23-21234-JRS__

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __12,727.13__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __73,953.75__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    $ __50,473.66__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __23,480.09__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __36,207.22__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __16,017.50__

    *(Exhibit E)*

Debtor Name  KARPATIA TRUCKS USA LLC                              Case number 23-21234-JRS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 25,871.16

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              2
27. What is the number of employees as of the date of this monthly report?                 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                                    $ 0.00
31. How much have you paid in total other professional fees since filing the case?                   $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** — Copy lines 35-37 from the previous month's report. | *Column B* **Actual** — Copy lines 20-22 of this report. | *Column C* **Difference** = Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ | $ 73,953.75 | $ _____ |
| 33. **Cash disbursements** | $ _____ | $ 50,473.66 | $ _____ |
| 34. **Net cash flow** | $ _____ | $ 23,480.09 | $ _____ |

35. Total projected cash receipts for the next month:                              $ _____
36. Total projected cash disbursements for the next month:                       − $ _____
37. Total projected net cash flow for the next month:                             = $ _____

Debtor Name  KARPATIA TRUCKS USA LLC  Case number 23-21234-JRS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.




820-27-01-00 17117  0 C 001 30 S  66 002
KARPATIA TRUCKS USA LLC
410 PEACHTREE PKWY BLDG 400
CUMMING GA  30041-7066

## Your account statement
For 12/29/2023

**Contact us**

 Truist.com      (844) 4TRUIST or (844) 487-8478

■ TRUIST DYNAMIC BUSINESS CHECKING          2601

### Account summary

| | |
|---|---:|
| Your previous balance as of 11/30/2023 | $3,726.89 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 56,230.11 |
| Deposits, credits and interest | + 64,067.44 |
| Your new balance as of 12/29/2023 | = $11,564.22 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/01 | GPC EFT   GPC 1ATL Karpatia Trucks LLC | 49.58 |
| 12/04 | ACH CORP DEBIT NEXT Insur NEXT Insur (AP I KARPATIA TRUCKS USA LL CUSTOMER ID ST-M0R7P5M8U2U1 | 15.24 |
| 12/04 | ACH CORP DEBIT J1993 RCUR AUTODESK INC. KARPATIA TRUCKS CUSTOMER ID CZ1000055DRJC | 180.00 |
| 12/04 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID Upwork | 1,004.22 |
| 12/05 | ACH CORP DEBIT FEE 790001 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvplus4 | 140.00 |
| 12/06 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID lfe reimburse | 218.00 |
| 12/07 | ACH CORP DEBIT TAX 834870 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvqgm59 | 275.38 |
| 12/07 | ACH CORP DEBIT NET 834856 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvqgm58 | 895.32 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID wk 49 | 320.00 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID nov 23 | 500.55 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID November | 506.00 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID nov 23 | 896.21 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID nov 23 base | 1,000.00 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID nov 2023 | 2,457.00 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID rentinv | 2,709.75 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID contractor paym | 3,500.00 |
| 12/07 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID 267 | 10,015.92 |
| 12/11 | ACH CORP DEBIT NEXT Insur NEXT Insur (AP I KARPATIA TRUCKS USA LL CUSTOMER ID ST-B6X8M8D4R4S1 | 17.33 |
| 12/11 | ACH CORP DEBIT Xero US IN Xero Inc XERO INCCUSTOMER ID ST-K4O6C3M9H1C2 | 78.00 |
| 12/11 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID wk9n10 | 684.40 |
| 12/12 | ACH CORP DEBIT R6ATW3G    PANDADOC INC Karpatia Trucks USA LL CUSTOMER ID 69AQ | 520.00 |
| 12/13 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID 9000000109 | 412.28 |
| 12/14 | ACH CORP DEBIT TAX 966046 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvrs45t | 241.39 |
| 12/14 | ACH CORP DEBIT REM 965684 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvrs45u | 793.28 |
| 12/14 | ACH CORP DEBIT NET 965918 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvrs45s | 848.56 |
| 12/15 | ACH CORP DEBIT IPFSPMTFLP IPFS855-891-2582 KARPATIA TRUCKS USA LL CUSTOMER ID 82706 | 1,316.00 |
| 12/15 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID upwork | 1,504.87 |

*continued*

■ TRUIST DYNAMIC BUSINESS CHECKING 2601 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/18 | ACH CORP DEBIT INVOICEPAY REGUS MANAGEMENT A USA    10611 CUSTOMER ID 11654734KARPATI | 156.00 |
| 12/18 | ACH CORP DEBIT NEXT Insur NEXT Insur (AP I KARPATIA TRUCKS USA LL CUSTOMER ID ST-C8X9V6D5U2F6 | 25.02 |
| 12/18 | ACH CORP DEBIT MERBAUM &  MERBAUM & BECKER THEMIS SOLUTIONS INC CUSTOMER ID ST-O9X0C1Q1M6S9 | 273.60 |
| 12/19 | ACH CORP DEBIT ADWORDS:31 GOOGLE Karpatia Trucks USA LL CUSTOMER ID US003Y6BNH | 7.89 |
| 12/21 | ACH CORP DEBIT CND 168352 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvu23kh | 155.10 |
| 12/21 | ACH CORP DEBIT TAX 168331 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvttoqv | 201.43 |
| 12/21 | ACH CORP DEBIT NET 168521 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvttoqu | 739.16 |
| 12/26 | DEBIT CARD PURCHASE NOTION LABS, INC. 12-25 HTTPSWWW.NOTI   CA  5054 | 105.99 |
| 12/26 | ACH CORP DEBIT NEXT Insur NEXT Insur (AP I KARPATIA TRUCKS USA LL CUSTOMER ID ST-Q3A7S3F7B2I2 | 22.05 |
| 12/27 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID dec + bonus | 2,748.75 |
| 12/27 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID cf 12 21 | 17,836.33 |
| 12/27 | ACH CORP DEBIT WISE     Wise Inc Karpatia Trucks USA LL CUSTOMER ID wk 11 wk 12 | 703.82 |
| 12/28 | ACH CORP DEBIT TAX 304611 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvvcn8j | 577.43 |
| 12/28 | ACH CORP DEBIT NET 304418 GUSTO Karpatia Trucks USA LL CUSTOMER ID 6semjvvcn8i | 1,578.26 |
| Total other withdrawals, debits and service charges | | = $56,230.11 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/04 | INCOMING WIRE TRANSFER WIRE REF# 20231204-00022743 | 2,080.00 |
| 12/06 | INCOMING WIRE TRANSFER WIRE REF# 20231206-00020583 | 40,417.93 |
| 12/11 | TLR 923081 GUSTO Karpatia Trucks USA LL  CUSTOMER ID 6semjvr81uq | 208.54 |
| 12/11 | PAYMENT   VIESSMANN MANUFA Karpatia Trucks USA LL  CUSTOMER ID | 1,152.00 |
| 12/20 | INCOMING WIRE TRANSFER WIRE REF# 20231220-00025799 | 20,208.97 |
| Total deposits, credits and interest | | = $64,067.44 |

<u>Changes are being made effective February 2, 2024,</u> to the Commercial Bank Services Agreement ("CBSA") that governs your account, including a new paragraph titled Fraud Detection Products. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at <u>www.truist.com/CBSA.</u> All future transactions on your account will be governed by the amended CBSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

 
## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

>   Fraud Management
>   P.O. Box 1014
>   Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

>   Card and Direct to Consumer Lending
>   PO Box 200
>   Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| | | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC




```
820-27-01-00 17117 0 C 001 30 S  66 002
KARPATIA  TRUCKS  USA  LLC
DEBIT  CARD
410 PEACHTREE  PKWY  BLDG  400
CUMMING  GA   30041-7066
```

# Your account statement
For 12/29/2023

### Contact us

 Truist.com

 (844) 4TRUIST or (844) 487-8478

---

■ **TRUIST DYNAMIC BUSINESS CHECKING**          5762

**Account summary**

| | |
|---|---:|
| Your previous balance as of 11/30/2023 | $188.51 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 135.10 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 12/29/2023 | = $53.41 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 12/01 | ACH CORP DEBIT WISE    Wise Inc Karpatia Trucks USA LL CUSTOMER ID IN-13647 | 135.10 |
| | Total other withdrawals, debits and service charges | = $135.10 |

---

Changes are being made effective February 2, 2024, to the Commercial Bank Services Agreement ("CBSA") that governs your account, including a new paragraph titled Fraud Detection Products. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA. All future transactions on your account will be governed by the amended CBSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

      Fraud Management
      P.O. Box 1014
      Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

      Card and Direct to Consumer Lending
      PO Box 200
      Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|---|
| | | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC



**December 2023 statement**
December 1–December 31, 2023 (31 days)
All dates in UTC.

## Karpatia Trucks USA LLC

1943 Ga-155 S,
McDonough, GA 30253

EIN ••0622

### Account details

| | |
|---|---|
| Checking account | 3235 |
| Routing number | 091311229 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $394.40 |
| Total withdrawals | −$1,784.90 |
| Total deposits | $2,500.00 |
| **Statement Balance** | **$1,109.50** |

**All Transactions /**

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Dec 04 | Wise Inc | ← ACH In | $1,000.00 | $1,394.40 |
| Dec 05 | Upwork | ••2933 | −$470.40 | $924.00 |
| Dec 12 | Upwork | ••2933 | −$390.60 | $533.40 |
| Dec 15 | Wise Inc | ← ACH In | $1,500.00 | $2,033.40 |
| Dec 19 | Upwork | ••2933 | −$504.00 | $1,529.40 |
| Dec 26 | Upwork | ••2933 | −$333.90 | $1,195.50 |
| Dec 29 | Calendly | ••2933 | −$86.00 | $1,109.50 |
| **Total** | | | | **$1,109.50** |



*December 2023 statement*
December 1–December 31, 2023 (31 days)
All dates in UTC.

## Karpatia Trucks USA LLC

1943 Ga-155 S,
McDonough, GA 30253

EIN ••0622

### Account details

| | |
|---|---|
| Savings account | 3106 |
| Routing number | 091311229 |

### Account activity overview

| | |
|---|---|
| Beginning balance | $0.00 |
| Total withdrawals | $0.00 |
| Total deposits | $0.00 |
| **Statement Balance** | **$0.00** |

**All Transactions /**

| Date (UTC) | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|

**Total** $0.00

Banking services provided by Choice Financial Group, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105

# Aged Payables Summary

**Karpatia Trucks USA LLC**
**As of January 31, 2024**
**Ageing by due date**

| CONTACT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OLDER | TOTAL |
|---|---|---|---|---|---|
| **Aged Payables** | | | | | |
| LK Fab | - | - | 16,017.50 | - | 16,017.50 |
| **Total Aged Payables** | - | - | 16,017.50 | | |
| **Total** | - | - | 16,017.50 | | |

# Aged Receivables Summary

## Karpatia Trucks USA LLC
### As of January 31, 2024
### Ageing by due date

| CONTACT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OLDER | TOTAL |
|---|---|---|---|---|---|
| Brew'd Awakening Coffeehaus | - | - | - | 6,287.83 | 6,287.83 |
| Sunday Motors LLC | 833.33 | - | - | - | 833.33 |
| WF Industrial IV LLC | 18,750.00 | - | - | - | 18,750.00 |
| **Total** | **19,583.33** | **-** | **-** | **6,287.83** | **25,871.16** |
| **Percentage of total** | **75.70%** | **-** | **-** | **24.30%** | **100.00%** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br><br>**KARPATIA TRUCKS USA LLC,**<br><br>Debtor. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO. 23-21234-jrs** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below a true and correct copy of the foregoing *Monthly Operating Report* was served via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the report to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Jefferson M. Allen**    jallen@ccealaw.com, jeffersonallen1968@gmail.com
- **Heather D. Brown**    heather@hdbrownlaw.com
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov
- **David S. Weidenbaum**    david.s.weidenbaum@usdoj.gov
- **John T. Whaley (Sub V Trustee)**    trustee@jtwcpa.net, jtwhaley@jtwcpa.net

This 27th day of February, 2024.

**JONES & WALDEN LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
Attorney for Debtor
699 Piedmont Ave, NE
Atlanta, Georgia 30308
(404) 564-9300
cmccord@joneswalden.com